Sophia M. Shepard, Appellant, *v.* Josephine Gassner et al., Respondents.

(Argued March 20, 1890 ; decided April 29, 1890.)

*Levi H. Brown* for appellant.

*Emil S. Arnold* for respondents.

Agree to affirm ; no opinion.
All concur.
Order affirmed and judgment absolute against plaintiff on stipulation.

---

Marian L. Todd, Respondent, *v.* Annie C. Haeger, Appellant.

(Argued April 14, 1890 ; decided April 29, 1890.)

Appeal from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made December 13, 1887, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*R. B. Gwillims* for appellant.

*Charles J. Patterson* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.